*UNITED STATES DISTRICT COURT*
*FOR THE MIDDLE DISTRICT OF GEORGIA*

IN RE:   POLICY ON ELECTRONIC AVAILABILITY OF TRANSCRIPTS
         OF COURT PROCEEDINGS

Effective August 16, 2007, original transcripts of court proceedings will be available electronically 90 days after filing of the transcript by the court reporter if redaction is not requested. Previously, transcripts were generally available 6 days after filing of the transcript if redaction was not requested. Anyone needing to order a copy of a transcript within the 90 day period should contact the official court reporter who prepared the transcript.

Counsel may request the redaction of specific personal data identifiers from a transcript before it is made electronically available to the general public. A party must file with the Clerk a **Notice of Intent to Request Redaction** within five business days of the filing of the official transcript by the court reporter/transcriber. If a party fails to request redaction within this time frame, the transcript will be made electronically available without redaction after 90 days. This Request for Redaction form is available on our website under the Forms section. If a party files a **Notice of Intent to Request Redaction**, the transcript will not be electronically available to the general public until the redactions are performed. During this period of time, however, a paper copy of the officially filed transcript may be purchased from the court reporter at 50 cents per page.

Once the Notice of Intent to Request Redaction is filed, the party has twenty-one days from the date the transcript was filed to file a **Transcript Redaction Request and Statement** (also available on our website under the Forms section). This form must be filed with the Clerk of Court with a copy to the court reporter and should indicate where personal identifiers appear in the transcript by page and line and how they are to be redacted. For example, if a party wants to redact the Social Security number 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 appearing on page 12, line 9 of the transcript, the form should reflect: **Page 12, Line 9** *(Page/Line # heading)*, **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** *(Item Currently Reads heading)*, **xxx-xx-6789** *(In Redacted Version, Change To heading)*. Only the personal identifiers listed in the policy may be automatically redacted. If a party wants to redact other information, that party should move the court for further redaction by separate motion served on all parties and the court reporter or transcriber within the 21-day period. Counsel appointed pursuant to the Criminal Justice Act may claim compensation, at the applicable rate, for the time spent reviewing and preparing the request for redaction, as well as for costs associated with obtaining a copy of the transcript.

Please direct all questions concerning this procedure to Gregory J. Leonard, Clerk of Court, by phone at (478)752-3497 or by e-mail at gregory_leonard@gamd.uscourts.gov.


Attachment 1 - Sample Form (Notice of Intent to Request Redaction)
Attachment 2 - Sample Form (Transcript Redaction Request and Statement)

(This is a fillable form on our website which can be converted directly to PDF format for electronic filing.)                                    Attachment 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

|                    |   |            |
|--------------------|---|------------|
|                    | ) |            |
|                    | ) |            |
|                    | ) |            |
| vs                 | ) | Case No.   |
|                    | ) |            |
|                    | ) |            |
|                    | ) |            |

## *NOTICE OF INTENT TO REQUEST REDACTION*

Please take notice that _____ plans to file a
                                         *(party name)*

Transcript Redaction Request and Statement with the Clerk of Court with a copy to the official

court reporter or transcriber within 21 days from the date the transcript was filed with the court

on _____.   The un-redacted version of this transcript should not be
     *(date transcript was filed)*

made electronically available to the public.

                                                        s/_____
                                                        *Bar Number*
                                                        *Attorney for (Plaintiff/Defendant)*
                                                        *Address*
                                                        *City, State, and Zip Code*
                                                        *Telephone*
                                                        *Fax*
                                                        *E-Mail Address*

Attachment - Certificate of Service

(This is a fillable form on our website which can be converted  Attachment 2
directly to PDF format for electronic filing.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

### *TRANSCRIPT REDACTION REQUEST AND STATEMENT*

A redacted version of the court reporter's transcript filed on _____
                           *(date filed)*

in _____, _____ , is requested.
   *(case number)*        *(short title)*

The following personal identifiers in the original transcript on the page numbers cited below

should be modified and a redacted version of the transcript produced:

**Page#/Line #**    **Item Currently Reads:**    **In Redacted Version, Change To:**

**NOTE:** This document must be filed with the District Court **and** a copy must be sent to
    the Court Reporter who prepared the transcript.